IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| TIFFANY C. JOHNSON | : | |
| | : | Bankr. No. 21-11333MDC |
| | : | |
| Debtor | : | |
| | : | |

**MOTION OF THE UNITED STATES TRUSTEE TO APPROVE CONSENT TO
WAIVER OF DISCHARGE OF TIFFANY C. JOHNSON
PURSUANT TO 11 U.S.C. § 727 (a)(10)**

The United States Trustee for Region 3, Andrew R. Vara, (the "UST") by and through his counsel, hereby moves for an Order approving consent to waiver of discharge of Tiffany C. Johnson pursuant to 11 U.S.C. § 727 (a)(10) and respectfully represents as follows:

1. Andrew R. Vara is the United States Trustee for this jurisdiction.

2. Tiffany C. Johnson ("the debtor") filed a petition for relief under Chapter 7 of the Bankruptcy Code on May 10, 2021. The debtor's address was listed at 1348 S. 51st Street, Philadelphia, Pa. 19143 ("the 1348 Property").

3. The UST appointed Terry P. Dershaw as the Chapter 7 trustee.

4. On May 10, 2021, the debtor filed the Schedules and the Statement of Financial Affairs ("SOFA"), with signed declarations that the information disclosed was true and correct under penalty of perjury.

5. Schedule A/B Part 1, Question 1 required the debtor to identify ownership of real property. The debtor identified the 1348 Property and described a value of $140,000.

6. The Statement of Financial Affairs, Question 18 states: Within two years before you filed bankruptcy, did you sell, trade or otherwise transfer any property to anyone,

other than in the ordinary course of your business or financial affairs. The debtor responded "No".

7. On June 16, 2021, the debtor appeared and testified under oath at the Section 341(a) Meeting of Creditors ("Meeting"). The Meeting began with the debtor testifying that the information on the Petition, Schedules and Statement of Financial Affairs was true and accurate.

8. Upon information, in addition to the 1348 Property referenced above, the debtor also owned the property located next door at 1350 S. 51st Philadelphia, Pa. 19143 ("the 1350 Property").

9. Upon information, the debtor transferred or sought to transfer the 1350 Property to her mother, who currently resides at the property, prior to the filing of the bankruptcy case in December 2019. Current property records maintained by the City of Philadelphia indicate the debtor is the current owner of the 1350 Property.

10. The UST avers that the debtor failed to disclose on her Schedules and Statement of Financial Affairs her ownership interest of the 1350 Property and/or the transfer of the 1350 Property within two years of the filing of the bankruptcy case.

11. The UST avers that the debtor transferred and/or concealed property of the estate, including the 1350 Property.

12. For the reasons set forth above, and including others, the United States trustee believes these are sufficient grounds to deny Tiffany C. Johnson a discharge under 11 U.S.C.§727.

13. The debtor consents to a waiver of discharge. Her consent is attached hereto as ***Exhibit A.***

14. The debtor also consents to the extension of time to object to the debtor's discharge under Fed. R. Bankr.P. 4004(b) to October 1, 2021.

**WHEREFORE,** the United States Trustee respectfully requests the Court to grant his Motion and for all other relief that is just and appropriate.

                                  Respectfully submitted,

                                  Andrew R. Vara
                                  United States Trustee
                                  For Regions 3 and 9


By:   */s/ Kevin P. Callahan*
        Kevin P. Callahan
        Trial Attorney
        Office of United States Trustee
        200 Chestnut Street, Suite 502
        Philadelphia, PA  19106
        Tel: 215-597-4411

Date:   July 19, 2021