THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| TIFFANY C. JOHNSON | : | |
| | : | Bankr. No. 21-11333 (MDC) |
| | : | |
| Debtor | : | |
| | : | |

**ORDER**

AND NOW, upon the United States Trustee's Motion to Approve Waiver of Discharge Pursuant to 11 U.S.C. § 727 (a)(10) and upon the Consent of **Tiffany C. Johnson**, it is hereby,

ORDERED, that the Consent to Waiver of Discharge is approved, and that **Tiffany C. Johnson** shall not be granted a discharge, but that the case will be administered by the chapter 7 trustee and otherwise in the usual course.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
Chief United States Bankruptcy Judge