# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
|---|---|---|
| Tiffany C. Johnson | : | Chapter 7 |
|  | : | |
| Debtor(s) | : | Case No.: 21-11333-MDC |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the Debtor's Motion to Convert and Notice of Motion on all creditors and the following parties by electronic means and/or regular US mail:

| **Terry P. Dershaw**<br>Ch 7 Standing Trustee<br>Electronic Service | **Kevin P. Callahan**<br>U.S. Standing Trustee<br>Electronic Service |
|---|---|
| **Corrine S. Brennan**<br>Attorney for Creditor *Franklin Mint Federal Credit Union*<br>Electronic Service to *cbrennan@klehr.com* | |

Date: 10/28/2021

/S/Brad J. Sadek, Esq.___
Brad J. Sadek, Esq..
Sadek & Cooper Law Offices
1315 S. Walnut Street #502
Philadelphia, PA 19107
215-545-0008
brad@sadeklaw.com