**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| **In re:** | : | |
| Tiffany C. Johnson | : | Chapter 7 |
| | : | |
| Debtor(s) | : | Case No.: 21-11333-MDC |

### O R D E R

AND NOW, this _____ day of _____, 2021, it is hereby Ordered that the Bankruptcy Case of Tiffany C. Johnson is hereby converted from a Chapter 7 to a Chapter 13 Matter. The Debtor shall file all applicable schedules including a Chapter 13 Plan within __14__ days of the signing of this Order.

FURTHER ORDERED:

_____
HONORABLE MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE